# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM J. CUNDITT,

    *Plaintiff*,

vs.

HIGH DESERT STATE PRISON, *et al.*

    *Defendants*.

3:11-cv-00397-ECR-RAM

ORDER

This prisoner action comes before the Court following upon plaintiff's filing of a notice of appeal (#5). Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies to the Court of Appeals that the appeal is not taken in good faith.

The Court dismissed the action without prejudice to the filing of a new, properly commenced action. Plaintiff failed to properly commence the action because he neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. Before dismissing the action without prejudice, the Court first reviewed the factual allegations and determined that a promptly filed new civil rights action would not be time-barred. The Court further, out of an abundance of caution, directed the Clerk to open a separate and new habeas action because some of the papers submitted with the prisoner civil rights complaint perhaps could be construed as an attempt to also file a habeas petition. Plaintiff thus is in no manner or sense prejudiced by a dismissal of the present improperly-commenced civil rights action without prejudice to the filing of a new properly-commenced civil rights action. The appeal from the dismissal accordingly is frivolous such that an appeal would be dismissed in the case of a non-indigent litigant.

1    IT THEREFORE IS ORDERED, pursuant to 28 U.S.C. § 1915(a)(3), that the Court
2 certifies to the Court of Appeals that the appeal is not taken in good faith.
3    IT FURTHER IS ORDERED, so that the certification herein shall be clearly marked on
4 the docket for review by the Court of Appeals, that the Clerk of this Court shall docket this
5 order on the docket sheet as an order that certifies to the Court of Appeals that the appeal
6 is not taken in good faith and shall forward same to the Ninth Circuit in a manner consistent
7 with the Clerk's current practice.
8    DATED: June 30, 2011.

*Edward C. Reed.*
EDWARD C. REED
United States District Judge