# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. CUNDITT, | |
| *Petitioner*, | 3:11-cv-00397-ECR-RAM |
| vs. | ORDER |
| | |
| HIGH DESERT STATE PRISON, *et al.* | |
| *Respondents*. | |

This closed prisoner civil rights action comes before the Court following upon a post-judgment class action complaint (#10) filed by plaintiff.

The class action complaint was mailed for filing no earlier than July 3, 2011, after entry of final judgment on June 9, 2011. After final judgment has been entered, the pleadings may be amended only if the judgment first is reopened under Rule 59 or 60 of the Federal Rules of Civil Procedure. *See, e.g., Lindauer v. Rogers*, 91 F.3d 1355 (9th Cir. 1996). The judgment in this matter has not been reopened; the class action complaint therefore was improperly filed; and the class action complaint therefore will be stricken.

IT THEREFORE IS ORDERED that the class action complaint (#10) is STRICKEN.

DATED: this 12th day of July 2011.

*Edward C. Reed*
_____
EDWARD C. REED
United States District Judge