# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM J. CUNDITT,

    *Petitioner*,

vs.

HIGH DESERT STATE PRISON, *et al.*

    *Respondents*.

3:11-cv-00397-ECR-RAM

ORDER

This closed prisoner civil rights action comes before the Court following upon a post-judgment motion (#17) to reduce or correct sentence and sundry other notices and papers filed by plaintiff.

This matter is closed. The Ninth Circuit has dismissed plaintiff's appeal from the order and judgment of dismissal. Review of the United States Supreme Court's online docket reflects that there are no proceedings regarding this matter in that court.

The Court previously struck a class action complaint filed by plaintiff well after entry of judgment as improperly filed in this matter. The motion to reduce or correct sentence similarly has been filed improperly in this matter. The Court notes in this regard that it directed the Clerk to file habeas-related pleadings submitted with the original complaint as a separate habeas action when it dismissed the original complaint. Plaintiff thus clearly is on notice that the filing of such pleadings in this matter is improper.

The notices and papers filed range from the clearly frivolous and vexatious to the nonsensical. The Court must control its docket, including vexatious and frivolous litigation

activities that improperly tie up limited resources. The Court therefore will direct the Clerk to strike the motion to reduce or correct sentence and further to accept no further filings in this matter other than a notice of appeal from this order.

IT THEREFORE IS ORDERED that the motion (#17) to reduce or correct sentence is STRICKEN.

IT FURTHER IS ORDERED that the Clerk of Court shall accept no further filings in this matter other than a notice of appeal from this order. The Clerk shall prominently reflect on the docket sheet -- by such use of case flags and bold emphasis in the docket entry as is necessary – that no further filings shall be accepted in this matter except a notice of appeal from this order.

This action has been, and remains, closed.

DATED: January 6, 2012.

_____
EDWARD C. REED
United States District Judge